IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| YOU "ROLAND" LI, et al;<br><br>      Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>JACK LEWIS;<br><br>      Defendant,<br><br>NADA LEWIS, et al.<br><br>      Counterclaim Defendants,<br><br>INTERNAL REVENUE SERVICE, a Bureau of the DEPARTMENT OF TREASURY, UNITED STATES OF AMERICA, a necessary party;<br><br>      Stakeholder. | MEMORANDUM DECISION AND ORDER GRANTING EXTENTION OF TIME TO FILE MEMORANDUM IN OPPOSITION<br><br><br>Case No. 1:20-CV-12 TS-PMW<br><br>District Judge Ted Stewart |

      This matter is before the Court on Defendant Jack Lewis' *Ex Parte* Motion for Extension of Time to File Memorandum in Opposition to Nada Lewis and Plaintiffs' Motion Regarding April 7, 2020 Hearing on Order to Show Cause and Motion for Reasonable Compensation. Jack filed his Memorandum in Opposition concurrently with this *Ex Parte* Motion "in an effort to prevent any further delay."[1]

      After carefully reviewing this Motion, the Court will grant Jack an extension of time to file his Memorandum in Opposition. Jack's Opposition concurrently filed with this Motion,

---

[1] *See* Docket No. 51.

however, does not comply with this Court's local rules. Under DUCivR 7-1(b)(2), opposition memoranda must not exceed 2,500 words, or ten (10) pages. Jack's Opposition exceeds the word and page limit and the Court, therefore, will grant Jack's request for an extension of time on the condition that the filing complies with the Court's page limitation.

It is therefore

ORDERED that Jack's *Ex Parte* Motion for Extension of Time (Docket No. 50) is GRANTED. Jack must file an Opposition in accord with the Court's local rules within seven (7) days of this Order.

DATED April 15, 2020

BY THE COURT:

_____
Ted Stewart
United States District Judge